UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

October 1, 2018

Rebecca Ann Solarz
KML Law Group PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

RE: United States of America v. Brian T. Johnson

CIVIL ACTION NO.: 18-3046

Dear Ms. Solarz:

    A review of the Court's records shows that a pleading has not been made in the above-captioned action in response to the amended complaint by Defendant Brian T. Johnson.

    If such a pleading is not filed by the above named defendant on or before October 11, 2018 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

    If the Request for Default is not filed by October 22, 2018 the court may enter an order dismissing the case against the above named defendants for lack of prosecution.

Very Truly Yours,

Ulrike Hevener
Courtroom Deputy to Judge Kearney

CC By Mail:   Brian T. Johnson