IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-3046** |
| | : | |
| **BRIAN T. JOHNSON** | : | |

## ORDER

**AND NOW**, this 16th day of October 2018, upon considering the October 16, 2018 Entry of Default against Defendant Brian T. Johnson, it is **ORDERED**:

1. The Court shall hold a hearing to determine the precise amount of damages and address any defenses on **Tuesday, November 27, 2018** at **12:30 p.m. in Courtroom 6B**;

2. Plaintiff shall serve, by both hand-delivery and certified mail, receipt requested, this Order, and the Complaint (ECF Doc. No. 1) upon the Defendants no later than **October 19, 2018** with proof of service filed no later than **October 23, 2018;** and,

3. Plaintiff shall file a Motion for specific damages to be presented at the hearing no later than **October 29, 2018** with hand delivery service upon the Defendants.

KEARNEY, J.