

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA; et seq.**<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>**BRIAN T. JOHNSON A/K/A BRIAN JOHNSON; et al.**<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 18-03046<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BRIAN T. JOHNSON A/K/A BRIAN JOHNSON the above process on the 19 day of October, 2018, at 10:25 o'clock, A M, at 5369 WINGOHOCKING TER. PHILADELPHIA, PA 19144, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age __46-50__   Height __5'8__   Weight __230__   Race __BLACK__   Sex __MALE__   Hair __BLACK__
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of __Pa__   ) SS:
County of __Berks__   )

Before me, the undersigned notary public, this day, personally, appeared ___Shannon Beckier___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-184467
Case ID #: 5331261

Subscribed and sworn to before me
this __19__ day of __Oct__, 20__18__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .89 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.14 |

Postmark OCT 7 2018, PA 19106

Sent To: Brian T. Johnson
Street, Apt. No.; or PO Box No.: 5369 Wingohocking Ter.
City, State, ZIP+4: Phila, PA 19144

PS Form 3800, June 2002        See Reverse for Instructions

7006 0810 0005 5362 0191