

IN THE DISTRICT COURT OF PHILADELPHIA COUNTY PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>BRIAN T. JOHNSON A/K/A BRIAN JOHNSON, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 18-03046<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: PLAINTIFF'S MOTION FOR SPECIFIC DAMAGES, EXHIBIT A, EXHIBIT B AND EXHIBIT C**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BRIAN T. JOHNSON A/K/A BRIAN JOHNSON the above process on the 27 day of October, 2018, at 1:16 o'clock, PM, at 5369 WINGOHOCKING TER. PHILADELPHIA, PA 19144, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>46-50</u>  Height <u>5'8</u>  Weight <u>230</u>  Race <u>BLACK</u>  Sex <u>MALE</u>  Hair <u>BLACK</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of <u>Pa</u>  ) SS:
County of <u>Berks</u>  )

Before me, the undersigned notary public, this day, personally, appeared <u>Shannon Beckier</u> to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-184467
Case ID #:5340710

Subscribed and sworn to before me
this <u>30</u> day of <u>Oct</u>, 20<u>18</u>.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021