IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

United States of America

vs.

Brian T. Johnson

CIVIL ACTION NO.

No. 18-3046

FILED
NOV 26 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

11/26/18

**MOTION**

My name is Brian Johnson. I will be unable to attend my scheduled 11/27/18 hearing for case 18-3046. I have to attend family court at the exact same date and time. I am respectfully requesting that my date and time be rescheduled. Thank you in advance.

Sincerely,

Brian Johnson