IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| | : |
| v. | : NO. 18-3046 |
| | : |
| BRIAN T. JOHNSON | : |

# ORDER

AND NOW, this 27th day of November 2018, upon considering the October 16, 2018 Entry of Default against Defendant Brian T. Johnson and his last-minute *pro se* request for a continuance of today's long-scheduled hearing due to a family court matter in an unknown forum (ECF Doc. No. 12), it is **ORDERED**:

1. We **amend** our October 16, 2018 Order (ECF Doc. No. 7) to continue today's hearing for one time only to determine the precise amount of damages and address any defenses to **Monday, December 3, 2018** at **9:30 a.m. in Courtroom 6B**;

2. Defendant shall, among other things, present evidence at the continued hearing of the scheduling and appearance at "family court" necessitating this continuance; and,

3. Plaintiff shall serve this Order by both hand-delivery upon the Defendant no later than **November 28, 2018** with proof of service filed no later than **November 29, 2018.**

KEARNEY, J.