IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-3046 |
| | : | |
| BRIAN T. JOHNSON | : | |

# AMENDED ORDER[1]

**AND NOW**, this 27th day of November 2018, upon considering the October 16, 2018 Entry of Default against Defendant Brian T. Johnson and his last-minute *pro se* request for a continuance of today's long-scheduled hearing due to a family court matter in an unknown forum (ECF Doc. No. 12), it is **ORDERED**:

1. We **amend** our October 16, 2018 Order (ECF Doc. No. 7) to continue today's hearing for one time only to determine the precise amount of damages and address any defenses to **Monday, December 3, 2018** at **9:30 a.m. in Courtroom 6B**;

2. Defendant shall, among other things, present evidence at the continued hearing of the scheduling and appearance at "family court" necessitating this continuance; and,

3. Plaintiff shall serve this Order by hand-delivery upon the Defendant no later than **November 28, 2018** with proof of service filed no later than **November 29, 2018.**

KEARNEY, J.

---

[1] We amend only to correct a typographical error in paragraph 3.