

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

BRIAN T. JOHNSON; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 18-03046

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: AMENDED ORDER**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BRIAN T. JOHNSON A/K/A BRIAN JOHNSON the above process on the 27 day of November, 2018, at 7:38 o'clock, PM, at 5369 WINGOHOCKING TER. PHILADELPHIA, PA 19144, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: MADISON JOHNSON
Relationship/Title/Position: SON
Remarks: _____
Description: Approximate Age 18-20  Height 5'5  Weight 140  Race WHITE  Sex MALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of Pa                    ) SS:
County of Berks                              )

Before me, the undersigned notary public, this day, personally, appeared ___D'wayne Henriksson___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-184467
Case ID #: 5368289

Subscribed and sworn to before me
this 29 day of Nov, 20 18.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021