IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America <br> vs. <br> Brian Johnson | CIVIL ACTION NO. <br><br> NO 18-3046 |

**MOTION**

November 30, 2018 I am requesting that my hearing date of 12/3/18 be changed. Included is my reason for the request and proof. I have also attached proof as to why I needed the previous hearing date changed. Thank you in advance,

Signed,
Brian Johnson

11/30/18

Your Honor,

I thank you for honoring my request to change the hearing date. However, I am unable to attend the new date because I will be in Florida with family.

My daughter qualified for the Pop Warner National Championship for cheerleading. The Event is Dec 1-8. I have included an add for the event (#1) and proof of my plane ticket purchased 11/7 (#2).

I will be in Orlando until 12/7/18 and then meeting my wife in Miami from 12/7 - 12/10/18 for her birthday. These plans were made in April and I have included the confirmation (#3).

If it helps the court I am available all of January except 1/9, 1/11 and 1/21.

I have also included proof of not being available 11/27. I am a therapeutic foster parent for Silver Springs. I had to appear to give a quarterly update on the 3 children in my home. I have included the paperwork from the court. I am listed as the foster parent (by unnamed). I have blacked out the children's names for HIPPA reasons. (#4 a, b, c)

page 1/2

I thank the court for your understanding in this matter.

Sincerely,
Brian Johnson

#1

Case 2:18-cv-03046-MAK   Document 16   Filed 11/30/18   Page 4 of 13





   



## NATIONAL CHEER & DANCE CHAMPIONSHIP

 


#2a



## American Airlines

Hello Brian Johnson!         Issued: Nov 7, 2018

**Your trip confirmation and receipt**

### Record locator: **JIGDOY**

You're booked in Basic Economy
Restrictions include:

- Seats assigned at check-in
- Not eligible for upgrades
- No flight changes or refunds

Basic Economy rules»

You're booked in Basic Economy
Restrictions include:



- Seats assigned at check-in
- Not eligible for upgrades
- No flight changes or refunds

Basic Economy rules»

[ Manage Your Trip ]

---

## Saturday, December 1, 2018

PHL                    →         MCO
**8:49** PM                      **11:30** PM
Philadelphia                     Orlando

American Airlines 1078

Seats: --

Class: Economy (B)

Meals: Food For Purchase

Free entertainment with the American app »

⚑    📁    🗑    ↩    ✎

From: InterContinental Reservations
Reservations@InterContinental.com
Subject: Your Reservation Confirmation # 66067200 at InterContinental Hotels.
Date: Apr 7, 2018 at 6:43:17 PM
To: efaniallah@icloud.com

#3

Thank you for booking with InterContinental Hotels.

View with Images 


INTERCONTINENTAL.
HOTELS & RESORTS

# Reservation Confirmed.

Reservations | Locations | Customer Care | Ambassador



**InterContinental Hotels Miami**
100 Chopin Plaza
Miami, FL 33131

- MODIFY RESERVATION
- CUSTOMER CARE
- DOWNLOAD THE IHG® APP
- GROUND TRANSPORTATION
- CANCEL RESERVATION

Hotel Front Desk. 1-305-5771000

Guest Name: Brian Johnson

| Check In: | Check Out | Rooms. | Adults. |
|---|---|---|---|
| 12/07/18 – 12/10/18 | | 1 | 4 |
| 04 00 PM | 12 00 PM | | |

Your confirmation number is 66067200. Select your preferences before your stay.

**2 Double Bed Bay View**

Rate Type  Stay Longer and Save with Breakfast
Number of Rooms  1

**Room Rate Per Night:**
Fri 7 Dec 2018 - Mon 10 Dec 2018      

**Additional Charges:**

**Total Taxes:**

**Estimated Total Price:**     


INTERCONTINENTAL.
AMBASSADOR

Upgrade your IHG® Rewards Club membership to enjoy exclusive benefits at InterContinental® Hotels & Resorts.

▶ Learn More

**Estimated Earnings:**

12092 IHG REWARDS CLUB POINTS



Commonwealth of Pennsylvania

In the Interest Of:

K████ L████, A Minor
Date of Birth: ██████████



IN THE FAMILY COURT OF PHILADELPHIA COUNTY, PENNSYLVANIA

JUVENILE DIVISION

DOCKET NO:. CP-51-DP-0000003-2018
FID:         51-FN-000007-2018

# RECOMMENDATION - PERMANENCY REVIEW

## Attendance

| Attendee Name | Attendee Role | Attendance Type |
|---|---|---|
| Graves, Michael John Jr. | Attorney - Davila, Adriana | In Person |
| Defender Association - Child Advocacy Unit | GAL for Child - ████████ | In Person |
| DHS Representative | Children and Youth Services | In Person |
| Philadelphia Solicitor's Office | Attorney - Philadelphia Department of Human Services | In Person |
| ████████ | Sibling | Did Not Attend |
| ████████ | Child | Did Not Attend |
| Limon, Silvio | Father | Did Not Attend |
| Davila, Adriana | Mother | In Person |

### PERSONS APPEARING AT HEARING

The following persons appeared at this hearing: ACS-Lindsey Cordes, GAL-Jalaine Stokes, Dhs Rep-Regina Wright, CUA-NET Silver Springs, Foster Parent, Mother-Adriana Davila, Mother ATTY-Michael Graves-P.  (ALL PERSONS APPEARING SERVED)
DCR-SG

AND NOW, this 27th day of November, 2018, the court finds:

### CONTINUING PLACEMENT - Necessity and Appropriateness

The placement of the child continues to be necessary and appropriate.

### PERMANENCY PLAN - Compliance

MOTHER - There has been minimal compliance with permanency plan.

### PERMANENCY PLAN - Reasonable efforts to finalize

Reasonable efforts have been made by the Philadelphia Department of Human Services ('Agency') to finalize this child's permanency plan.

### CURRENT PERMANENT PLACEMENT GOAL

The current placement goal for the child is return to parent or guardian.

### CURRENT PLACEMENT - Child's Safety

The child is safe in the current placement setting as of 11-20-18.

### ORDER OF COURT - On the basis of the above findings, IT IS HEREBY ORDERED THAT:

Legal Custody of the Child shall remain with the Philadelphia Department of Human Services.

Placement of the Child shall remain in Foster Care thru Silver Springs.  The Child's placement is the least



In The Interest Of: K▓▓▓ L▓▓▓▓, A Minor

restrictive placement that meets the needs of the child and there is no less restrictive alternative available.

The additional condition(s) of visitation is set forth as: Mother is to continue to have supervised visits at the agency

### FINDINGS/ORDERS

THE COURT FURTHER FINDS: Child's medical and dental are up to date. Child attends Edison High School in the 10th grade. Child is placed on daily report. Child receives therapy. Mother attends parenting at ARC. Goal is PLC.

THE COURT FURTHER ORDERS: Child is to remain as committed. Child is to appear at the next court date. Child is referred to the Ceu Unit for a forthwith drug screen and assessment. Child's therapist is to provide treatment plan and progress report to CUA, with copies forwarded to the child advocate. Child is to be referred to the Educational Support Center to discuss alternative vocational school. . Mother is to provide employment verfication to mother. CUA is to make appropriate referrals to Swan for child and family profiles. Mother is re-referred to the Ceu Unit for a forthwith drug screen and assessment-dual diagnosis and 3 randoms prior to the next court date. Mother is to report for the randoms within 24hrs.

### NEXT SCHEDULED COURT DATE(S)

Next Scheduled Court Date: - CUA Permanency Hearing - 02/26/2019 - 10:30AM - 1501 Arch Street - Courtroom 4B - Judge Joseph Fernandes

Such disposition having been determined to be best suited to the protection and physical, mental and moral welfare of the child.

RECOMMENDED:

*Alexis Ciccone*

Juvenile Court Hearing Officer Alexis Ciccone

This Hearing Officer's recommendation is not final until confirmed by the Court below. A party may challenge the Hearing Officer's recommendation by filing a motion with the clerk of courts within three (3) days of receipt of the recommendation.

### ORDER

AND NOW, this 27th day of November, 2018, after consideration this court finds the recommendation by the Hearing Officer is in the best interest of the child and is hereby adopted and ordered.

BY THE COURT:

*Joseph Fernandes*

Judge Joseph Fernandes

Copies To: ACS-Lindsey Cordes, GAL-Jalaine Stokes, Dhs Rep-Regina Wright, CUA-NET, Silver Springs, Foster Parent, Mother-Adriana Davila, Mother ATTY-Michael Graves-P.   (ALL PERSONS APPEARING

Commonwealth of Pennsylvania | IN THE FAMILY COURT OF PHILADELPHIA COUNTY, PENNSYLVANIA

In the Interest Of:

▇▇▇ L▇▇▇▇, A Minor
Date of Birth: ▇▇▇▇▇▇

JUVENILE DIVISION

DOCKET NO:   CP-51-DP-0000004-2018
FID:                51-FN-000007-2018



# RECOMMENDATION - PERMANENCY REVIEW

## Attendance

| Attendee Name | Attendee Role | Attendance Type |
|---|---|---|
| Graves, Michael John Jr. | Attorney - Davila, Adriana | In Person |
| Defender Association - Child Advocacy Unit | GAL for Child - ▇▇▇▇ | In Person |
| DHS Representative | Children and Youth Services | In Person |
| Philadelphia Solicitor's Office | Attorney - Philadelphia Department of Human Services | In Person |
| ▇▇▇▇▇▇ | Sibling | Did Not Attend |
| ▇▇▇▇▇▇ | Child | Did Not Attend |
| Davila, Adriana | Mother | In Person |
| Lemos, Silvio | Father | Did Not Attend |

## PERSONS APPEARING AT HEARING

The following persons appeared at this hearing: ACS-Lindsey Cordes, GAL-Jalaine Stokes, Dhs Rep-Regina Wright, CUA-NET, Silver Springs, Foster Parent, Mother-Adriana Davila, Mother ATTY-Michael Graves-P.  (ALL PERSONS APPEARING SERVED)
DCR-SG

AND NOW, this 27th day of November, 2018, the court finds:

### CONTINUING PLACEMENT - Necessity and Appropriateness

The placement of the child continues to be necessary and appropriate.

### PERMANENCY PLAN - Compliance

MOTHER - There has been minimal compliance with permanency plan.

### PERMANENCY PLAN - Reasonable efforts to finalize

Reasonable efforts have been made by the Philadelphia Department of Human Services ('Agency') to finalize this child's permanency plan.

### CURRENT PERMANENT PLACEMENT GOAL

The current placement goal for the child is return to parent or guardian.

### CURRENT PLACEMENT - Child's Safety

The child is safe in the current placement setting as of 11-20-18.

### ORDER OF COURT - On the basis of the above findings, IT IS HEREBY ORDERED THAT:

Legal Custody of the Child shall remain with the Philadelphia Department of Human Services.

Placement of the Child shall remain in Foster Care thru Silver Springs.  The Child's placement is the least

CP-51-DP-0000004-2018

In The Interest Of: K— L——, A Minor

4b

restrictive placement that meets the needs of the child and there is no less restrictive alternative available.
The additional condition(s) of visitation is set forth as: Mother is to continue to have supervised visits at the agency

### FINDINGS/ORDERS

THE COURT FURTHER FINDS: Child's medical and dental are up to date. Child receive therapy. Child receive speech therapy in school. Mother attends parenting at ARC. Goal is PLC.

THE COURT FURTHER ORDERS: Child is to remain as committed. Mother is to provide employment verification to mother. CUA is to make appropriate referrals to Swan for child and family profiles. Mother is re-referred to the Ceu Unit for a forthwith drug screen and assessment-dual diagnosis and 3 randoms prior to the next court date. Mother is to report for the randoms within 24hrs. Child is to appear at the next court date.

### NEXT SCHEDULED COURT DATE(S)

Next Scheduled Court Date: - CUA Permanency Hearing - 02/26/2019 - 10:30AM - 1501 Arch Street - Courtroom 4B - Judge Joseph Fernandes

Such disposition having been determined to be best suited to the protection and physical, mental and moral welfare of the child.

RECOMMENDED:

*[signature]*

Juvenile Court Hearing Officer Alexis Ciccone

This Hearing Officer's recommendation is not final until confirmed by the Court below. A party may challenge the Hearing Officer's recommendation by filing a motion with the clerk of courts within three (3) days of receipt of the recommendation.

### ORDER

AND NOW, this 27th day of November, 2018, after consideration this court finds the recommendation by the Hearing Officer is in the best interest of the child and is hereby adopted and ordered.

BY THE COURT:

*[signature]*

Judge Joseph Fernandes

Copies To: ACS-Lindsey Cordes, GAL-Jalaine Stokes, Dhs Rep-Regina Wright, CUA-NET, Silver Springs, Foster Parent, Mother-Adriana Davila, Mother ATTY-Michael Graves-P. (ALL PERSONS APPEARING SERVED)

Commonwealth of Pennsylvania

In the Interest Of:

N[...] L[...] A Minor
Date of Birth: 1[...]

IN THE FAMILY COURT OF PHILADELPHIA COUNTY, PENNSYLVANIA

JUVENILE DIVISION

DOCKET NO: CP-51-DP-0000002-2018
FID: 51-FN-000007-2018



# RECOMMENDATION - PERMANENCY REVIEW

## Attendance

| Attendee Name | Attendee Role | Attendance Type |
|---|---|---|
| Graves, Michael John Jr | Attorney - Davila, Adriana | In Person |
| Defender Association - Child Advocacy Unit | GAL for Child - Lemos, Nicole | In Person |
| DHS Representative | Children and Youth Services | In Person |
| Philadelphia Solicitor's Office | Attorney - Philadelphia Department of Human Services | In Person |
| L[...] | Child | Did Not Attend |
| Davila, Adriana | Mother | In Person |
| Lemos, Silvio | Father | Did Not Attend |

## PERSONS APPEARING AT HEARING

The following persons appeared at this hearing: ACS-Lindsey Cordes, GAL-Jalaine Stokes, Dhs Rep-Regina Wright, CUA-NET, Silver Springs, Foster Parent, Mother-Adriana Davila, Mother ATTY-Michael Graves-P.   (ALL PERSONS APPEARING SERVED)
DCR-SG

AND NOW, this 27th day of November, 2018, the court finds:

## CONTINUING PLACEMENT - Necessity and Appropriateness

The placement of the child continues to be necessary and appropriate.

## PERMANENCY PLAN - Compliance

MOTHER - There has been minimal compliance with permanency plan.

## PERMANENCY PLAN - Reasonable efforts to finalize

Reasonable efforts have been made by the Philadelphia Department of Human Services ('Agency') to finalize this child's permanency plan.

## CURRENT PERMANENT PLACEMENT GOAL

The current placement goal for the child is return to parent or guardian.

## CURRENT PLACEMENT - Child's Safety

The child is safe in the current placement setting as of 11-20-18.

## ORDER OF COURT - On the basis of the above findings, IT IS HEREBY ORDERED THAT:

Legal Custody of the Child shall remain with the Philadelphia Department of Human Services.

Placement of the Child shall remain in Foster Care thru Silver Springs.  The Child's placement is the least restrictive placement that meets the needs of the child and there is no less restrictive alternative available.



Case 2:18-cv-03046-MAK Document 16 Filed 11/30/18 Page 13 of 13

CP-51-DP-0000002-2018

In The Interest Of: N▓▓▓ L▓▓▓, A Minor

The additional condition(s) of visitation is set forth as: Mother is to continue to have supervised visits at the agency.

FINDINGS/ORDERS

THE COURT FURTHER FINDS: Child's medical and dental are up to date. Mother attends parenting at ARC. Goal is PLC.

THE COURT FURTHER ORDERS: Child is to remain as committed. Mother is to provide employment verfication to mother. CUA is to make appropriate referrals to Swan for child and family profiles. Mother is re-referred to the Ceu Unit for a forthwith drug screen and assessment-dual diagnosis and 3 randoms prior to the next court date. Mother is to report for the randoms within 24hrs. Child is to appear at the next court date.

**NEXT SCHEDULED COURT DATE(S)**

Next Scheduled Court Date: - CUA Permanency Hearing - 02/26/2019 - 10:30AM - 1501 Arch Street - Courtroom 4B - Judge Joseph Fernandes

Such disposition having been determined to be best suited to the protection and physical, mental and moral welfare of the child.

RECOMMENDED:

_(signature)_

Juvenile Court Hearing Officer Alexis Ciccone

This Hearing Officer's recommendation is not final until confirmed by the Court below. A party may challenge the Hearing Officer's recommendation by filing a motion with the clerk of courts within three (3) days of receipt of the recommendation.

## ORDER

AND NOW, this 27th day of November, 2018, after consideration this court finds the recommendation by the Hearing Officer is in the best interest of the child and is hereby adopted and ordered.

BY THE COURT:

_(signature)_

Judge Joseph Fernandes

Copies To: ACS-Lindsey Cordes, GAL-Jalaine Stokes, Dhs Rep-Regina Wright, CUA-NET, Silver Springs, Foster Parent, Mother-Adriana Davila, Mother ATTY-Michael Graves-P. (ALL PERSONS APPEARING SERVED)