#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CIVIL ACTION |
| | : |
| v. | : NO. 18-3046 |
| | : |
| **BRIAN T. JOHNSON** | : |

## ORDER

**AND NOW**, this 3rd day of December 2018, upon considering Plaintiff's Motion for specific damages (ECF Doc. No. 9), following today's adjourned hearing (ECF Doc. No. 13) at which Defendant did not appear after hand-delivery notice (ECF Doc. No. 15) and Defendant's default for failure to appear, plead or otherwise defend the Complaint, it is **ORDERED**:

1. Plaintiff's Motion for specific damages (ECF Doc. No. 9) is **GRANTED**:

2. We enter **JUDGMENT** in favor of the United States and against Brian T. Johnson a/k/a Brian Johnson in a sum for **$18,094.20**; and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**