IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| | : |
| v. | : NO. 18-3046 |
| | : |
| BRIAN T. JOHNSON | : |

## ORDER

**AND NOW**, this 3rd day of December 2018, upon considering Defendant's Motion to continue (ECF Doc. No. 16) the December 3, 2018 hearing to determine the precise amount of damages and address any defenses, and no good cause shown as to why Defendant could not have advised the Plaintiff or Court before today's hearing, it is **ORDERED** Defendant's Motion (ECF Doc. No. 16) is **DENIED**.

KEARNEY, J.